NASSAU COUNTY TRUST COMPANY, as Administrator, etc., of SHAHEENIE SALEEBY, Deceased, and NASEEMA SALEEBY, Appellants, v. NAZURA D. SALEEBY and Others, Individually and as Heirs at Law and Next of Kin of SHAHEENIE SALEEBY, Deceased, and DORIS SHAPIRO, Respondents, Consolidated with NAZERA

SALEEBY, Respondent, v. NASSAU COUNTY TRUST COMPANY, as Administrator, etc., of SHAHEENIE SALEEBY, Deceased, Appellant.— Motion for reargument denied, with ten dollars costs, to be paid by John R. Jones, the moving party. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.